**LITTLE KENTUCKY RIVER WATER-SHED CONSERVANCY DISTRICT, Appellant.**

v.

**H. T. ROBINSON and Ruth Robinson, Appellees.**

Court of Appeals of Kentucky.

June 15, 1973.

M. J. Jones, Jr., J. Wirt Turner Jr., Turner & Jones, New Castle, for appellant.

J. F. Thomas, Thomas & Thomas, New Castle, for appellees.

Memorandum Opinion by Special Commissioner JAMES PARK, Jr., Affirming.*

**Lloyd D. LOVE, Appellant,**

v.

**FORD MOTOR COMPANY and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

June 15, 1973.

Irwin H. Cutler, Jr., Segal, Isenberg, Sales & Stewart, Louisville, for appellant.

James M. Graves, William P. Swain, Boehl, Stopher, Graves & Deindoerfer, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Walter Scott DARGAVELL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Joseph R. Wheat, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Wilmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Reversing.*

* Opinion ordered not to be published.